Bryan J. McCormack, Esq., Cal. Bar #192418
 Email: *bryan@mcelawfirm.com*
MCCORMACK & ERLICH, LLP
150 Post Street, Suite 742
San Francisco, CA 94108
Tel: (415) 296-8420
Fax: (415) 296-8552

Attorney for Plaintiff Anthony Moser

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MOSER,<br><br>         Plaintiff,<br><br>vs.<br><br>HM777, INC., a California corporation, doing business as Holland Fire and Plumbing; JEFF HOLLAND, an individual; and DOES 1 through 25, inclusive,<br><br>         Defendants. | Case No. 2:14-CV-02188-KJM-AC<br><br>**PLAINTIFF ANTHONY MOSER'S NOTICE OF MOTION AND MOTION TO COMPEL FURTHER RESPONSES** |

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that on February 12, 2016 at 10:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Kimberly J. Meuller of the United States District Court for the Eastern District of California, located at 501 I Street, Sacramento, California, 95814, Plaintiff Anthony Moser ("Plaintiff") will, and hereby does, bring this motion to compel further responses to Plaintiff's Request for Production of Documents, Set One, to defendant HM777; amended responses to Plaintiff's Special Interrogatories, Set One, to defendant HM777; and amended responses to Plaintiff's Special Interrogatories, Set One to defendant Jeff Holland.

Pursuant to Local Rule 251, the grounds for Plaintiff's motion will be set forth separately in the parties' Joint Statement regarding discovery disputes, to be filed no less than seven (7) days

before the hearing date of this Motion, and based upon the parties' Joint Statement, or affidavit, the pleadings, records, and papers in this action, and on such oral or documentary evidence as may be presented at the hearing on the Motion.

Date: January 6, 2016

MCCORMACK AND ERLICH, LLP

  /s/ *Bryan J. McCormack*
By: Bryan J. McCormack, Esq.
Attorney for Plaintiff Anthony Moser