BRYAN J. McCORMACK, Bar No. 192418
 Email: *bryan@mcelawfirm.com*
PAUL K. PFEILSCHIEFTER, Bar No. 301463
 Email: *paul@mcelawfirm.com*
MCCORMACK AND ERLICH, LLP
150 Post Street, Suite #742
San Francisco, CA 94108
Tel:  (415) 296-8420
Fax:  (415) 296-8552

Attorney for Plaintiff Anthony Moser

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MOSER,<br><br>       Plaintiff,<br><br>vs.<br><br>HM777, INC., a California corporation, doing business as Holland Fire and Plumbing; JEFF HOLLAND, an individual; and DOES 1 through 25, inclusive,<br><br>       Defendants. | Case No. 2:14-CV-02188-KJM-AC<br><br>**(PROPOSED) ORDER GRANTING PLAINTIFF'S *MOTION IN LIMINE* NUMBER TWO TO PRECLUDE DEFENDANT FROM INTRODUCING AT TRIAL EVIDENCE OF INSURANCE CLAIMS**<br><br>Date:  November 28, 2016<br>Time:  9:00 a.m.<br>Courtroom:  3 |

## **(PROPOSED) ORDER**

1  IT IS HEREBY ORDERED that Plaintiff's *Motion in Limine* No. 2 to preclude Defendant from introducing at trial evidence of insurance claims, including claims for damaged vehicles, is hereby GRANTED.

IT IS SO ORDERED.

Dated: _____

Hon. Kimberly J. Mueller

- 1 -

(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE NO. TWO
MOSER V. HM777, INC., ET AL., CASE NO. 2:14-CV-02188-KJM-AC